UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JUDY NORGAH | * | CIVIL ACTION NO. 16-16667 |
| --- | --- | --- |
| | * | |
| | * | SECTION: "B"(1) |
| VERSUS | * | |
| | * | JUDGE IVAN L. R. LEMELLE |
| OCHSNER OF EAST JEFFERSON | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the lawsuit is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 17th day of April, 2017.

SENIOR UNITED STATES DISTRICT JUDGE